# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Criminal No. 05-373 (RHK/FLN) |
| Plaintiff, | **ORDER** |
| v. | |
| Diane Lynn Jimenez, | |
| Defendant. | |

---

Defendant's Motion to Reconsider sentence (Doc. No. 57) is **DENIED**.

Dated: February 12, 2007

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
