**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| United States of America, | Criminal No. 05-373 (RHK/FLN) |
| Plaintiff, | **ORDER** |
| v. | |
| Diane Lynn Jimenez, | |
| Defendant. | |

---

Construing Defendant's letter (attached) as a Motion to reduce or reconsider her sentence, the Motion is **DENIED**.


Dated: September 11, 2007

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
